UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6086-FMO (AGRx) | Date | July 18, 2023 |
|---|---|---|---|
| Title | Julio Sanchez v. Nissan North America, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Imposition of Sanctions

Pursuant to the Court's Order of October 7, 2022, the parties were required to file their pretrial documents on June 30 and July 7, 2023. (See Dkt. 12, Court's Order of October 7, 2022, at 18). As of the date of this Order, the parties have not filed any pretrial documents. (See, generally, Dkt.). According, IT IS ORDERED THAT:

1. Counsel for the parties shall show cause in writing on or before **July 21, 2023**, why sanctions should not be imposed for failure to comply with the Court's Order of October 7, 2022. **Failure to submit a written response by the date set forth above shall result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court**. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002). The order to show cause shall be deemed vacated in the event the parties file a notice of settlement.

2. The pretrial conference and trial date are **vacated** pending further order of the court.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |